IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JODI THOMAS,

        Plaintiff,                      Civil No. 06-3006-MA

   v.                                      ORDER GRANTING
                                           MOTION TO DISMISS
JO ANNE B. BARNHART,                 AND REFUNDING
Commissioner of                               FILING FEE
Social Security,

        Defendant.

    Plaintiff's unopposed Motion (#11) to Dismiss is GRANTED. The $250.00 filing fee paid on February 7, 2006, receipt No. 514, shall be refunded to **Black, Chapman, Webber, Stevens, Petersen & Lundblade**, and mailed to that law firm at: 221 Stewart Avenue, Suite 209, Medford, Oregon 97501.

    IT IS SO ORDERED.

    DATED this   8   day of August, 2006.

                                                /s/ Malcolm F. Marsh
                                                Malcolm F. Marsh
                                                United States District Judge

1 - ORDER GRANTING MOTION TO DISMISS